Jasper Ingrande and Sarah Ingrande, Plaintiffs-Appellees, v. Robert L. Higgins, Defendant-Appellant.

Gen. No. 64–2.

Fifth District.

June 2, 1964.

Ralph T. Smith, of Alton, for appellant; Thomas and Mottaz, of Alton, for appellees. Opinion by PRESIDING JUSTICE DOVE. Not to be published in full.